UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Joanne E. Simons, et al.</u>

    v.                    Civil No. 10-cv-00021-JL

<u>Federal Deposit Insurance</u>
<u>Corporation</u>

**ORDER OF RECUSAL**

As Judge James Muirhead is a plaintiff in this action, I hereby recuse myself from presiding over this case.

SO ORDERED.

                                          /s/ Joe Laplante
                                          Joseph N. Laplante
                                          United States District Judge

Dated:  January 21, 2010

cc:  Steven A. Solomon, Esq.
     Jay M. Niederman, Esq.