## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE


Joanne E. Simons,
Bettejane P. May,
Straw Hill Condominium Association

   v.                                        Civil No. 10-cv-021-JL

Federal Deposit Insurance Corporation


### O R D E R


By statute, a financial interest in a party, however slight (i.e. even one share of stock), results in mandatory disqualification.  As I am a unit owner in the Straw Hill Condominium Association, recusal from this case is required.

Accordingly, I hereby recuse myself from this case.

**SO ORDERED.**

James R. Muirhead
United States Magistrate Judge

Date: January 22, 2010

cc:   Steven A. Solomon, Esq.
      Jay M. Niederman, Esq.