```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Joanne E. Simons, et al.**

    **v.**　　　　　　　　　　　　　　　Case No. 10-cv-21-PB

**Federal Deposit Insurance Corp.**


### **O R D E R**

I recuse myself from presiding over this matter and direct the clerk to assign the case to another judge.

SO ORDERED.

　　　　　　　　　　　　　　　　　　/s/Paul Barbadoro
　　　　　　　　　　　　　　　　　　Paul Barbadoro
　　　　　　　　　　　　　　　　　　United States District Judge


January 22, 2010

cc:　Steven A. Solomon, Esq.
　　　Jay M. Niederman, Esq.