```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF NEW HAMPSHIRE


Joanne E. Simons,
Bettejane P. May,
Straw Hill Condominium Assoc.,
     Plaintiffs

     v.                                    Civil No. 10-cv-021

Federal Deposit Insurance Corp.,
     Defendant
```

**O R D E R**

I recuse myself from presiding over this case.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

January 25, 2010

cc:  Steven A. Solomon, Esq.
     Jay M. Niederman, Esq.