UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Joanne E. Simons, et al.</u>

    v.                        Civil No. 10-cv-21-JL

<u>Federal Deposit Insurance Corporation</u>


<u>O R D E R</u>

The undersigned recuses himself from presiding over this case.  The case shall be assigned to another judge.

SO ORDERED.

                                                  /s/ Joseph A. DiClerico, Jr.
                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

Date:  January 28, 2010

cc:  Steven A. Solomon, Esquire
     Jay M. Niederman, Esquire